MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> THOMAS JOSEPH O'MEARA, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 10-00562 JF <br><br> [~~PROPOSED~~] ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A)) |

     This matter is currently set for status on January 27, 2011. The parties now jointly request that the January 27, 2011 hearing date be reset for March 17, 2011 to allow the defense additional time to receive the discovery in the case. The parties agree, and the Court finds and holds, as follows:

1.    The currently scheduled January 27, 2011 hearing date is hereby vacated.

2.    This matter is set for status on March 17, 2011, at 9:00 a.m.

3.    The time between January 27, 2011 and March 17, 2011 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

STIPULATION AND [PROPOSED] ORDER
CR 10-00562 JF

1  into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree
2  that the ends of justice served by granting the requested continuance outweigh the best interest of
3  the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
4  See 18 U.S.C. § 3161(h)(8)(A).

6  STIPULATED:

7  DATED:      1/25/11                       /s/
                                             JEANE DEKELVER
8                                            Defense Counsel

10  DATED:     1/25/11                       /s/
                                             JOSEPH A. FAZIOLI
11                                           Assistant United States Attorney

12  IT IS SO ORDERED.

13  DATED:  1/25/11                          _____
                                             JEREMY FOGEL
14                                           UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 10-00562 JF