IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS O'MEARA,<br><br>    Defendant. | No. CR-10-00562 JF<br><br>[~~PROPOSED~~] ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT<br>[18 U.S.C. § 3161(h)(8)(A)] |

    This matter is currently set for status on March 17, 2011. The parties now jointly request that the March 17, 2011 hearing date be reset to April 28, 2011 to allow the U.S. Attorney to produce and defense counsel to review additional discovery in the case. The parties agree, and the Court finds and holds as follows:

    1.    The currently scheduled March 17, 2011 hearing date is hereby vacated.

    2.    This matter is set for status on April 28, 2011 at 9:00 a.m.

    3.    The time between March 17, 2011 and April 28, 2011 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonable deny defense counsel reasonable

Stipulation and [Proposed] Order CR-10-00562 JF

1  time necessary for effective preparation, taking into account the exercise of due
2  diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of
3  justice are served by granting the continuance outweigh the best interest of the
4  public and the defendant in a speedy trial and in the prompt disposition of
5  criminal cases. See 18 U.S.C. § 3161(h)(8)(A).
6  STIPULATED:
7  DATED:                                              /s/
                                                Jeane DeKelver
8                                               Attorney for Tom O'Meara
9
10 DATED:                                              /s/
                                                Joseph Fazioli
11                                              Assistant United States Attorney
12
13                                              IT IS SO ORDERED.
14
15 DATED: 3/16/11                               [signature]
                                                Jeremy Fogel
16                                              United States District Judge

Stipulation and [Proposed] Order CR-10-00562 JF