IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS O'MEARA,<br><br>　　　　Defendant. | No. CR-10-00562 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT**<br>**[18 U.S.C. § 3161(h)(8)(A)]** |

This matter is currently set for status on June 9, 2011. The parties now jointly request that the June 9, 2011 hearing date be reset to July 28, 2011 to allow the U.S. Attorney to produce and defense counsel to review an additional 87,000 pages of discovery in the case. The parties agree, and the Court finds and holds as follows:

　　1.　The currently scheduled June 9, 2011 hearing date is hereby vacated.

　　2.　This matter is re-set for status on July 28, 2011 at 9:00 a.m.

　　3.　The time between June 9, 2011 and July 28, 2011 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonable deny defense counsel reasonable

time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:   6/6/2011                                /s/
                                         Jeane DeKelver
                                         Attorney for Tom O'Meara


DATED:   6/6/2011                                /s/
                                         Joseph Fazioli
                                         Assistant United States Attorney


                                         IT IS SO ORDERED.

DATED:  6/9/11                           _____
                                         Jeremy Fogel
                                         United States District Judge

Stipulation and [Proposed] Order CR-10-00562 JF