IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00562 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | [~~PROPOSED~~] **ORDER** |
| v. | ) | **RESCHEDULING STATUS** |
| | ) | **CONFERENCE AND** |
| THOMAS O'MEARA, | ) | **EXCLUDING TIME FROM THE** |
| | ) | **SPEEDY TRIAL ACT** |
| Defendant. | ) | **[18 U.S.C. § 3161(h)(8)(A)]** |
| | ) | |

This matter is currently set for status on August 18, 2011. The parties now jointly request that the August 18, 2011 hearing date be reset to October 6, 2011 to allow defense counsel to continue the review of the additional 87,000 pages of discovery produced in the case. Based on the stipulation, the Court finds and holds as follows:

1. The currently scheduled August 18, 2011 hearing date is hereby vacated.

2. This matter is re-set for status on October 6, 2011 at 9:00 a.m.

3. The time between August 18, 2011 and October 6, 2011 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonable deny defense counsel

Stipulation and [Proposed] Order CR-10-00562 JF

1  reasonable time necessary for effective preparation, taking into account the
2  exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree
3  that the ends of justice are served by granting the continuance outweigh the
4  best interest of the public and the defendant in a speedy trial and in the prompt
5  disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

6  STIPULATED:

7  DATED:   8/5/2011                                   /s/
8                                                     Jeane DeKelver
                                                      Attorney for Tom O'Meara
9

10 DATED:   8/5/2011                                   /s/
11                                                    Joseph Fazioli
                                                      Assistant United States Attorney
12

13                                                    IT IS SO ORDERED.
14
15 DATED: 8/18/11                                     [signature]
16                                                    Jeremy Fogel
                                                      United States District Judge
17
18
19
20
21
22
23
24
25

Stipulation and [Proposed] Order CR-10-00562 JF