1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

8  UNITED STATES OF AMERICA,   )   No. CR-10-00562 LHK
9             Plaintiff,   )  **STIPULATION AND**
10      v.                 )  **[PROPOSED] ORDER**
                          )  **RESCHEDULING STATUS**
11 THOMAS O'MEARA,       )  **CONFERENCE AND**
                          )  **EXCLUDING TIME FROM THE**
12                        )  **SPEEDY TRIAL ACT**
            Defendant.   )  **[18 U.S.C. § 3161(h)(8)(A)]**
13                        )
14 _____)

15       This matter is currently set for status on October 5, 2011. The parties

16 now jointly request that the October 5, 2011 hearing date be reset to October

17 26, 2011 to allow defense counsel to continue the review of the discovery

18 produced in the case. Based on the stipulation, the Court finds and holds as

19 follows:

20       1.     The currently scheduled October 5, 2011 hearing date is hereby

21 vacated.

22       2.     This matter is re-set for status on October 26, 2011 at 10:00 a.m.

23       3.     The time between October 5, 2011 and October 26, 2011 is

24 excluded under the Speedy Trial Act. The parties agree that the failure to grant

25 the requested continuance would unreasonable deny defense counsel

1  reasonable time necessary for effective preparation, taking into account the

2  exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree

3  that the ends of justice are served by granting the continuance outweigh the

4  best interest of the public and the defendant in a speedy trial and in the prompt

5  disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

6  STIPULATED:

7  DATED:    9/30/2011                    _____
                                                          /s/
8                                              Jeane DeKelver
                                              Attorney for Tom O'Meara
9

10  DATED:    9/30/2011                   _____
                                                          /s/
11                                             Joseph Fazioli
                                              Assistant United States Attorney
12

13                                             IT IS SO ORDERED.

14

15  DATED:   10/5/11              _____

16                                             Lucy H. Koh
                                              United States District Judge

17

18

19

20

21

22

23

24

25