Jeane DeKelver
Attorney at Law
State Bar No.111394
4960 Almaden Expressway #208
San Jose, CA 95118
(408) 307-5800
JeaneJD@comcast.net

Attorney for Defendant TOM O'MEARA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00562 LHK (HRL) |
| Plaintiff, | ) ) ) | **MISCELLANEOUS RELIEF REQUEST FOR *IN CAMERA* HEARING** |
| v. | ) ) | **Date: October 26, 2011** |
| THOMAS JOSEPH O'MEARA, | ) ) | **Time: 10:00 am** |
| | ) | **Honorable Lucy H. Koh** |
| Defendant. | ) ) ) | |

PLEASE TAKE NOTICE that on October 26, 2011 at 10 a.m., Jeane DeKelver, counsel for defendant Tom O'Meara, will request, if necessary, that the court conduct an *in* camera hearing to allow defendant's counsel to provide information personal and private to Ms. DeKelver, for the court's consideration to facilitate case management.

Date: October 24, 2011          Respectfully submitted,
                                /s/
                                Jeane DeKelver

MISCELLANEOUS RELIEF REQUEST FOR IN CAMERA HEARING     1

Jeane DeKelver
Attorney at Law
State Bar No. 111394
4960 Almaden Expressway #208
San Jose, CA 95118
 (408) 307-5800
JeaneJD@comcast.net

Attorney for Defendant TOM O'MEARA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS JOSEPH O'MEARA,<br><br>    Defendant. | No. CR-10-00562 LHK (HRL)<br><br>**DECLARATION OF JEANE DEKELVER IN SUPPORT OF MISCELLANEOUS RELIEF REQUEST FOR *IN CAMERA* HEARING** |

## DECLARATION OF COUNSEL

I, Jeane DeKelver, declare as follows:

    1.    I was appointed to represent defendant Tom O'Meara under the Criminal Justice Act *nunc pro* tunc to August 5, 2010.

    2.    Mr. O'Meara is charged in a thirty-two count indictment with allegations he violated the following sections of 18 U.S.C.: 1349 (conspiracy to commit wire and mail fraud), 1343 (wire fraud), 1341 (mail fraud) and 1957(a) (money laundering), with losses alleged to be up to 16 million dollars, in relation to his and his now deceased partner's efforts to develop an 18 hole golf

course and gated housing community known as the Running Horse Golf Course & Country Club in Fresno, California.

    3.    On August 6, 2010, Magistrate Judge Trumbull executed an Order setting Conditions of Release and Appearance [ECF #4] including, but not limited to, $25,000 cash and a $25,000 unsecured note was posted and signed, respectively, by Jack O'Meara (brother of the defendant), Nanette O'Meara (wife of the defendant) signed an unsecured note of $50,000, the defendant surrendered his passport and was placed on electronic monitoring and home detention. Mr. O'Meara lives in Palm Desert, California.

    4.    Judge Fogel, at the first status hearing, ruled that Mr. O'Meara's appearance is unnecessary for non-substantive hearings.

    5.    There is information personal and private to Jeane DeKelver that is necessary for the court's consideration for purposes of case management. This information is of a nature that it would be an invasion of the privacy of Ms. DeKelver if required to reveal it in an open courtroom.

    6.    An *in camera* hearing between Judge Koh and Ms. DeKelver is requested to provide the information to the court without violating Ms. DeKelver's privacy.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on October 24, 2011, at San Jose, California.

/s/

_____

Jeane DeKelver