**Filed**

MAY 2 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00562 LHK |
| Plaintiff, | ~~ORDER WAIVING THE PERSONAL APPEARANCE OF TOM O'MEARA FOR THE STATUS HEARING ON MAY 30, 2012~~ |
| v. | |
| THOMAS O'MEARA, | |
| Defendant. | |

~~Good cause having been shown, IT IS HEREBY ORDERED that Defendant Tom O'Meara's personal appearance is waived for the status hearing on May 30, 2012.~~

DATED: _____        _____
                             Lucy H. Koh
                             District Judge

**DENIED. Defendant O'Meara must appear at the May 30, 2012 Case Management Conference.**

5/24/12    *Lucy H. Koh*
           District Judge

Order CR-10-00562LHK Amending August 6, 2010 Pretrial Release Order