EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, and State Bar number):
After recording, return to:
Christian & Tammy Lauren
736 Primrose Street
Thousand Oaks, CA 91360

TEL NO.: 805-428-7453   FAX NO. (optional):
E-MAIL ADDRESS (Optional):
[ ] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** U.S. District Court
STREET ADDRESS: 280 South 1st Street, Room 2112
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District - San Jose Division

FOR RECORDER'S USE ONLY

PLAINTIFF: United States of America
DEFENDANT: Thomas Joseph O'Meara

CASE NUMBER: CR-10-00562-001 LHK

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────┐
      │ Thomas Jospeh O'Meara, #13425-111 │
      │ Correctional Institution - Taft  │
      │ 1500 Cadet Road                  │
      │ Taft, CA 93268                   │
      └─────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:              [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Christian & Tammy Lauren
   736 Primrose St.
   Thousand Oaks, CA 91360
   Date: May 8, 2015
   Tammy Lauren, Christian Lauren
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _(signature)_ Tammy Lauren
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 187,832.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): April 26, 2013
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date):
MAY 19 2015   Clerk, by _(signature)_, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: United States of America | COURT CASE NO.: |
|---|---|
| DEFENDANT: Thomas Joseph O'Meara | CR-10-00562-001 LHK |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

| EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 2 of 2 |
|---|---|---|