#CR-10-00562-001 LHK
R-5235

June 30, 2015

attn: Cita

Robert F. Peckham
Fed. Bldg & U.S. Courthouse
280 S., 1st Street, Room 2112
San Jose, CA 95113

Please issue me another abstract of judgement for case # CR-10-00562-001 LHK. I received the original abstract of judgement which you issued on May 13, 2015, however, I was unfamiliar with how the legal process works, and inadvertently sent it to ~~Joseph~~ Thomas Joseph O'Meara, the judgement debtor, at Taft Correctional Institute.

Thank you very much,

Tammy Lauren
Tammy Lauren

Tammy La[...]
736 Primrose St.
Thousand Oaks, CA 91360

CERTIFIED MAIL

7015 0640 0000 5916 8938

Robert F. Peckham Federal Bldg.
& United States Courthouse
280 South 1st St., Room 2112
San Jose, CA 95113

ATTN: Cita