EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, and State Bar number):
After recording, return to:

Beverly Sheller
44836 Santa Rosa Ct.
Indian Wells, CA. 92210

TEL NO.:   FAX NO. (optional):
E-MAIL ADDRESS (Optional): BevPhil98@aol.com

☐ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 280 S. 1st St.
MAILING ADDRESS: Rm. 2112
CITY AND ZIP CODE: San Jose, CA. 95113
BRANCH NAME: Northern Dist. San Jose Division USA of Ames

PLAINTIFF: US of America
DEFENDANT: Thomas Joseph Omeara

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   ☐ Amended

CASE NUMBER: CR CRR 10-00562 LHK

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address    Reg 13425-111

   Thomas Joseph Omeara
   Taft Correction Inst,
   1500 Cadet Rd. Taft, CA 93268

   b. Driver's license no. [last 4 digits] and state:   ☒ Unknown
   c. Social security no. [last 4 digits]:   ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Beverly Sheller
   44836 Santa Rosa Ct
   Indian Wells, CA. 92210

Date: 5-13-15   Beverly Sheller
(TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   Beverly Sheller
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 247,500.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): April 26-2013
   b. Renewal entered on (date):

9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
OCT 23 2015

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):

12. a. ☐ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by _Cita J. Escolano_, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: | COURT CASE NO.: |
|---|---|
| DEFENDANT: | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 2 of 2

[Print this form] [Save this form] [Clear this form]